IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, | ) | CASE NO.: 1:13-cv-01165-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE BOYKO |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| INVACARE CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE of the appearance of Mitchell G. Blair, Fritz E. Berckmueller, and Eric S. Zell of the law firm of Calfee, Halter & Griswold LLP, The Calfee Building, 1405 East Sixth Street, Cleveland, Ohio 44114, as counsel of record for Defendants Invacare Corporation, Gerald B. Blouch, A. Malachi Mixon, III, and Robert K. Gudbranson in this matter. All future pleadings, correspondence, and notices should be directed to each of these attorneys.

Respectfully submitted,

*/s/ Eric S. Zell*
MITCHELL G. BLAIR  (0010892)
FRITZ E. BERCKMUELLER  (0081530)
ERIC S. ZELL (0084318)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH  44114
Telephone:  (216) 622-8200
Fax:  (216) 241-0816
*mblair@calfee.com*
*fberckmueller@calfee.com*
*ezell@calfee.com*

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appearance* was filed electronically on June 4, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

>  */s/ Eric S. Zell*
>  One of the Attorneys for Defendants