# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INVACARE CORPORATION, GERALD B. BLOUCH, A. MALACHI MIXON, III, and ROBERT K. GUDBRANSON,<br><br>Defendants. | Case No. 1:13-cv-1165<br><br>Judge Christopher A. Boyko<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF GERALD H. SILK** |

Pursuant to Local Rule 83.5(h), Plaintiff, Cambridge Retirement System, by and through counsel, hereby moves this Honorable Court to admit Gerald H. Silk *pro hac vice* to the United States District Court, Northern District of Ohio, for the purpose of prosecuting the above-captioned case. Mr. Silk's contact information is as follows:

Gerald H. Silk
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212-554-1400
Facsimile: 212-554-1444
Email: jerry@blbglaw.com

Attached hereto and incorporated herein as if fully rewritten is the Verified Statement and Oath of Gerald H. Silk.

WHEREFORE, Gerald H. Silk is an attorney in good standing of good and sufficient experience to conduct himself with acumen in the United States District Court for the Northern

District of Ohio and Plaintiff, Cambridge Retirement System, hereby moves for the admission of Gerald H. Silk *pro hac vice*.

Dated: June 6, 2013

Respectfully submitted,

/s/ Scott D. Simpkins
Scott D. Simpkins (0066775)
sdsimp@climacolaw.com
CLIMACO, WILCOX, PECA, TARANTINO &
 GAROFOLI CO., L.P.A.
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632

*Local Counsel for Plaintiff Cambridge Retirement System*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 6 day of June, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Scott D. Simpkins
Scott D. Simpkins