UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INVACARE CORPORATION, GERALD B. BLOUCH, A. MALACHI MIXON, III, and ROBERT K. GUDBRANSON,<br><br>Defendants. | Case No. 1:13-cv-1165<br><br>Judge Christopher A. Boyko<br><br>**VERIFIED STATEMENT AND OATH OF GERALD H. SILK IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

      I, Gerald H. Silk, under the authority of the rules governing admission to the United States District Court, Northern District of Ohio, Eastern Division, move this Court for permission to participate *pro hac vice* as counsel in the above-referenced case and would show the Court as follows:

      1.      I am a member of the firm of Bernstein Litowitz Berger & Grossmann LLP, 1285 Avenue of the Americas, New York, New York 10019; Telephone: 212-554-1400; Facsimile: 212-554-1444; Email: jerry@blbglaw.com.

      2.      The firm that I am a member of has been counsel for Cambridge Retirement System in the past and Cambridge Retirement System, through my assistance, was able to secure the services of Scott D. Simpkins, who is a practicing attorney, member of the State Bar of Ohio, and admitted to practice before this Court. Mr. Simpkins' bar registration number is 0066775. The firm address is as follows: Climaco, Wilcox, Peca, Tarantino & Garofoli Co., L.P.A., 55 Public Square, Suite 1950, Cleveland, OH 44113.

      3.      I became admitted to practice in the state of New York on June 3, 1996, and I am an active member in good standing. My New York Attorney Registration number is 2764140. I have also been admitted to practice before the United States Court of Appeals for the Second Circuit, as well as the United States District Court in the Southern District of New York.

      4.      I have never been disbarred or suspended from practice before any court. Department, bureau or commission of any State or the United States, or ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar of any jurisdiction in which I have been licensed.

5.  This Verified statement is accompanying a motion of Ohio attorney, Scott D. Simpkins, with whom I will be associated in the proceedings of this case, and below is an Oath per Local Rule 83.5(f).

WHEREFORE, Movant, Gerald H. Silk, prays that this Court grant him permission to participate as a non-resident attorney in the proceedings of this case.

_____
Gerald H. Silk

## OATH

Pursuant to Local Rule 83.5(f):

I, Gerald H. Silk, do solemnly swear that as an attorney of this Court, I will conduct myself uprightly, according to the law and the ethical standards of the Code of Professional Responsibility adopted by the Supreme Court of Ohio, so far as they are not inconsistent with Federal Law, and that I will support the Constitution and laws of the United States.

_____
Gerald H. Silk

SWORN and SUBSCRIBED to before me this  6th  day of June, 2013.

_____
Notary Public

ADAM J. WEINSCHEL
Notary Public, State of New York
No. 01WE6045618
Qualified in Queens County
Commision Expires July 31, 20 14