# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) Case No. 1:13-cv-1165 ) ) Judge Christopher A. Boyko |
| Plaintiff, | ) |
| v. | ) |
| INVACRE CORPORATION, et al., | ) **MOTION FOR ADMISSION** ) ***PRO HAC VICE* OF AVI JOSEFSON** |
| Defendants. | ) |

Pursuant to Local Rule 83.5(h), Plaintiff, Cambridge Retirement System, by and through counsel, hereby moves this Honorable Court to admit Avi Josefson *pro hac vice* to the United States District Court, Northern District of Ohio, for the purpose of prosecuting the above-captioned case. Mr. Josefson's contact information is as follows:

Avi Josefson
Berstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: 212-554-1400
Fax: 212-554-1444
Email: avi@blbglaw.com

Attached hereto and incorporated herein as if fully rewritten is the Verified Statement and Oath of Avi Josefson.

WHEREFORE, Avi Josefson is an attorney in good standing of good and sufficient experience to conduct himself with acumen in the United States District Court for the Northern District of Ohio and Plaintiff, Cambridge Retirement System, hereby moves for the admission of Avi Josefson *pro hac vice*.

        Respectfully submitted,

        */s/ Scott D. Simpkins*
        Scott D. Simpkins (0066775)
        sdsimp@climacolaw.com
        CLIMACO, WILCOX, PECA, TARANTINO &
        GAROFOLI CO., L.P.A.
        55 Public Square, Suite 1950
        Cleveland, Ohio 44113
        Telephone: (216) 621-8484
        Facsimile: (216) 771-1632
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  A copy of the foregoing was filed electronically this 6th day of June, 2013.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        */s/ Scott D. Simpkins*
        One of the Attorneys for Plaintiff