## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INVACARE CORPORATION, GERALD B. BLOUCH, A. MALACHI MIXON, III, and ROBERT K. GUDBRANSON,<br><br>Defendants. | Case No. 1:13-cv-1165<br><br>Judge Christopher A. Boyko<br><br>**VERIFIED STATEMENT AND OATH OF AVI JOSEFSON IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION** |

I, Avi Josefson, under the authority of the rules governing admission to the United States District Court, Northern District of Ohio, Eastern Division, move this Court for permission to participate *pro hac vice* as counsel in the above-referenced case and would show the Court as follows:

1. I am a member of the firm of Bernstein Litowitz Berger & Grossmann LLP, 1285 Avenue of the Americas, New York, New York 10019; Telephone: 212-554-1400; Facsimile: 212-554-1444; Email: avi@blbglaw.com.

2. The firm that I am a member of has been counsel for Cambridge Retirement System in the past and Cambridge Retirement System, through my assistance, was able to secure the services of Scott D. Simpkins, who is a practicing attorney, member of the State Bar of Ohio, and admitted to practice before this Court. Mr. Simpkins' bar registration number is 0066775. The firm address is as follows: Climaco, Wilcox, Peca, Tarantino & Garofoli Co., L.P.A., 55 Public Square, Suite 1950, Cleveland, OH 44113.

3. I became admitted to practice in the states of Illinois and New York on November 9, 2000 and September 17, 2003, respectively, and I am an active member in good standing. My New York and Illinois Attorney Registration numbers are 6272453 and 4149407, respectively. I have also been admitted to practice before the United States District Courts in the Northern District of Illinois and Southern District of New York.

4. I have never been disbarred or suspended from practice before any court. Department, bureau or commission of any State or the United States, or ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar of any jurisdiction in which I have been licensed.

5.  This Verified statement is accompanying a motion of Ohio attorney, Scott D. Simpkins, with whom I will be associated in the proceedings of this case, and below is an Oath per Local Rule 83.5(f).

WHEREFORE, Movant, Avi Josefson, prays that this Court grant him permission to participate as a non-resident attorney in the proceedings of this case.

_____
Avi Josefson

## OATH

Pursuant to Local Rule 83.5(f):

I, Avi Josefson, do solemnly swear that as an attorney of this Court, I will conduct myself uprightly, according to the law and the ethical standards of the Code of Professional Responsibility adopted by the Supreme Court of Ohio, so far as they are not inconsistent with Federal Law, and that I will support the Constitution and laws of the United States.

_____
Avi Josefson

SWORN and SUBSCRIBED to before me this 04 day of June, 2013.

_____
Notary Public

OFFICIAL SEAL
LISA B TORRES
Notary Public - State of Illinois
My Commission Expires Aug 22, 2016