UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>  vs.<br><br>INVACARE CORPORATION, et al.,<br><br>                     Defendants. | No. 1:13-cv-01165-CAB<br><br>CLASS ACTION<br><br>Judge Christopher A. Boyko |

RESPONSE OF THE LOCAL 731 FUNDS TO THE MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF

864332_1

The Local 731 Funds, consisting of Local 731 I.B. of T. Excavators and Pavers Pension Trust Fund, Private Scavenger and Garage Attendants Pension Trust Fund and Textile Maintenance and Laundry Craft Pension Fund, filed a motion for appointment as lead plaintiff on July 23, 2013, pursuant to the Private Securities Litigation Reform Act of 1995. Dkt. No. 9. While the Local 731 Funds recognizes that it appears another movant has a larger financial interest, the Local 731 Funds remain willing and able to represent the class as lead plaintiff in the event the Court deems it necessary.

DATED: August 9, 2013　　　　　　　　　　LANDSKRONER • GRIECO • MERRIMAN, LLC

　　　　　　　　　　　　　　　　　　　　　　　s/ JACK LANDSKRONER
　　　　　　　　　　　　　　　　　　　JACK LANDSKRONER (0059227)
　　　　　　　　　　　　　　　　　　　PAUL GRIECO (0064729)
　　　　　　　　　　　　　　　　　　　1360 West 9th Street, Suite 200
　　　　　　　　　　　　　　　　　　　Cleveland, OH 44113
　　　　　　　　　　　　　　　　　　　Telephone: 216/522-9000
　　　　　　　　　　　　　　　　　　　216/522-9007 (fax)
　　　　　　　　　　　　　　　　　　　E-mail: jack@lgmlegal.com

　　　　　　　　　　　　　　　　　　　[Proposed] Liaison Counsel

　　　　　　　　　　　　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　& DOWD LLP
　　　　　　　　　　　　　　　　　　　DARREN J. ROBBINS
　　　　　　　　　　　　　　　　　　　TRICIA L. McCORMICK
　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1900
　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　Telephone: 619/231-1058
　　　　　　　　　　　　　　　　　　　619/231-7423 (fax)

　　　　　　　　　　　　　　　　　　　[Proposed] Lead Counsel for Plaintiff

　　　　　　　　　　　　　　　　　　　CAVANAGH & O'HARA
　　　　　　　　　　　　　　　　　　　PATRICK J. O'HARA
　　　　　　　　　　　　　　　　　　　407 East Adams Street
　　　　　　　　　　　　　　　　　　　Springfield, IL 62701
　　　　　　　　　　　　　　　　　　　Telephone: 217/544-1771
　　　　　　　　　　　　　　　　　　　217/544-9894 (fax)

　　　　　　　　　　　　　　　　　　　Additional Counsel for Plaintiff

- 1 -

864332_1

CERTIFICATE OF SERVICE

      I hereby certify that on August 9, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 9, 2013.

      s/ JACK LANDSKRONER
      JACK LANDSKRONER

      1360 West 9th Street, Suite 200
      Cleveland, OH 44113
      Telephone: 216/522-9000
      216/522-9007 (fax)

      E-mail: jack@lgmlegal.com

864332_1

# Mailing Information for a Case 1:13-cv-01165-CAB Cambridge Retirement System v. Invacare Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Fritz E. Berckmueller**
  fberckmueller@calfee.com

- **Mitchell G. Blair**
  mblair@calfee.com

- **John R. Climaco**
  jrclim@climacolaw.com,gmhenn@climacolaw.com,pmkilo@climacolaw.com

- **Avi Josefson**
  avi@blbglaw.com

- **Jack Landskroner**
  jack@lgmlegal.com,debra@lgmlegal.com

- **Scott D. Simpkins**
  sdsimp@climacolaw.com

- **Eric S. Zell**
  ezell@calfee.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`