## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INVACARE CORPORATION, GERALD B. BLOUCH, A. MALACHI MIXON, III, and ROBERT K. GUDBRANSON, <br><br> Defendants. | Case No. 1:13-cv-1165 <br><br> Judge Christopher A. Boyko <br><br> **MOTION FOR ADMISSION** ***PRO HAC VICE*** **OF BENJAMIN GALDSTON** |

Pursuant to Local Rule 83.5(h), Plaintiff, the Government of Guam Retirement Fund ("Guam"), by and through counsel, hereby moves this Honorable Court to admit Benjamin Galdston *pro hac vice* to the United States District Court, Northern District of Ohio, for the purpose of prosecuting the above-captioned case. Mr. Galdston's contact information is as follows:

> Benjamin Galdston
> Bernstein Litowitz Berger & Grossmann LLP
> 12481 High Bluff Drive, Suite 300
> San Diego, CA 92130
> Telephone: 858-793-0070
> Facsimile: 858-793-0323
> Email: beng@blbglaw.com

Attached hereto and incorporated herein as if fully rewritten is the Verified Statement and Oath of Benjamin Galdston.

WHEREFORE, Benjamin Galdston is an attorney in good standing of good and sufficient experience to conduct himself with acumen in the United States District Court for the Northern

District of Ohio and Plaintiff, Guam, hereby moves for the admission of Benjamin Galdston *pro hac vice*.

Dated: August 26, 2013            Respectfully submitted,

           */s/ Scott D. Simpkins*
           Scott D. Simpkins (0066775)
           sdsimp@climacolaw.com
           CLIMACO, WILCOX, PECA, TARANTINO & GAROFOLI CO., L.P.A.
           55 Public Square, Suite 1950
           Cleveland, Ohio 44113
           Telephone: (216) 621-8484
           Facsimile: (216) 771-1632

           *Local Counsel for Plaintiff the Government of Guam Retirement Fund*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 26 day of August, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

           */s/ Scott D. Simpkins*
           Scott D. Simpkins