**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) ) | CASE NO. 1:13-cv-1165  JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **[PROPOSED] ORDER TO ADJOURN THE CASE MANAGEMENT CONFERENCE** |
| INVACARE CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) | |

Having considered Defendants', Invacare Corporation, Gerald B. Blouch, A. Malachi Mixon, III, and Robert K. Gudbranson, Motion to Adjourn the Case Management Conference, the Court hereby orders that the case management conference currently scheduled for September 6, 2013, at 11:00 a.m. is adjourned until at least thirty (30) days following the appointment of lead plaintiff.

**IT IS SO ORDERED**

Dated: _____

                                                      Honorable Christopher A. Boyko
                                                      United States District Judge