**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CAMBRIDGE RETIREMENT SYSTEM** ) | | **CASE NO. 1:13CV1165** |
| ) | | |
| **Plaintiff,** ) | | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | | |
| vs. ) | | **ORDER** |
| ) | | |
| **INVACARE CORPORATION, et al.,** ) | | |
| ) | | |
| **Defendants.** ) | | |

**CHRISTOPHER A. BOYKO, J**.:

      Upon review of the docket in the captioned matter, the Court notes that the Complaint was filed on May 24, 2013. No summons was submitted by Plaintiff's counsel, nor was summons issued through the Clerk of Court's Office. On June 4, 2013, a Notice of Appearance was filed by counsel on behalf of all Defendants. As of today's date, no answer or other response to the Complaint has been filed.

      Plaintiff is ordered to immediately docket proof of service upon Defendants (including the date and manner of service).

Further, Defendants shall move or plead to the Complaint, or seek an extension of time to move or otherwise plead, by September 6, 2013.

**IT IS SO ORDERED.**

<u>**s/ Christopher A. Boyko**</u>
**CHRISTOPHER A. BOYKO**
**United States District Judge**

**Dated: August 30, 2013**