# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | CASE NO. 1:13-cv-1165 |
| | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER TO ADJOURN THE CASE MANAGEMENT CONFERENCE** |
| INVACARE CORPORATION, *et al.*, | |
| Defendants. | |

Having considered Defendants', Invacare Corporation, Gerald B. Blouch, A. Malachi Mixon, III, and Robert K. Gudbranson, Motion for Extension of Time to Move, Plead or Otherwise Respond to Plaintiff's Complaint, seeking an extension of time for the Defendants to move, plead, or otherwise respond to Cambridge Retirement System's ("Plaintiff" or "Cambridge") Complaint and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants shall have up to and including October 26, 2013, to move, plead, or otherwise respond to Plaintiff's Complaint. Alternatively, if Cambridge, or other lead plaintiff selected by the Court, chooses to amend the Complaint prior to October 26, 2013, Defendants shall have forty-five (45) days from the date of the amendment to move, plead, or otherwise respond to the Complaint.

**IT IS SO ORDERED**

Dated: _____

                                                                         Honorable Christopher A. Boyko
                                                                         United States District Judge