# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on Behalf of Itself and all Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>INVACARE CORPORATION, *et. al.*,<br><br>  Defendants. | Case No. 1:13-cv-1165-CAB<br><br>CLASS ACTION |

**DECLARATION OF CAMBRIDGE RETIREMENT SYSTEM**

I, Ellen K. Philbin, declare under penalty of perjury that the following is true and correct:

1. I am the Executive Director of Cambridge Retirement System ("Cambridge") and submit this declaration on behalf of Cambridge.

2. On May 24, 2013, Cambridge filed its Class Action Complaint. The Complaint asserts claims under the Securities Exchange Act of 1934 on behalf of Cambridge and a proposed class ("Class") of investors that purchased Invacare Corporation's publicly traded common stock between July 22, 2010 and December 7, 2011, inclusive ("Class Period").

3. Also on May 24, 2013, Cambridge caused publication of notice via *Market Wire* informing members of the putative class of (i) the pendency of the action, the claims asserted therein, and the Class Period, and (ii) that any class member that wished to seek appointment as lead plaintiff must file a motion with the Court within sixty (60) days (*i.e.*, no later than July 23, 2013), as required by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). A copy of the PSLRA notice is attached hereto as Exhibit A. Accordingly, Cambridge understood when it filed the Complaint that other members of the Class might seek to be appointed as Lead Plaintiff and that if a class member other than Cambridge was appointed Lead Plaintiff, Cambridge would not have an active role in the litigation.

4. After the Complaint was filed and the PSLRA notice was published, Cambridge learned through its counsel, Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), that the Government of Guam Retirement Fund ("Guam"), another public pension fund also represented by Bernstein Litowitz, intended to seek appointment as the Lead Plaintiff and to select Bernstein Litowitz as proposed Lead Counsel to represent the Class. Cambridge further learned through Bernstein Litowitz that Guam's financial interest in this case is substantially larger than Cambridge's financial interest in the case, and that Guam is an

experienced fiduciary that has secured substantial recoveries for investors as Lead Plaintiff in prior securities class actions.

5. Based on the above, Cambridge determined not to seek appointment as Lead Plaintiff or to oppose Guam's motion for appointment as Lead Plaintiff. Cambridge fully supports Guam's motion and understands that if Guam is appointed Lead Plaintiff, Cambridge will have no role in the prosecution of the case other than as a passive Class member. Cambridge also fully supports Guam's selection of Bernstein Litowitz as Lead Counsel to represent Guam and the Class, including Cambridge.

Dated: September 4, 2013

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Ellen K. Philbin
　　　　　　　　　　　　　　　　　　　　　　　　Ellen K. Philbin
　　　　　　　　　　　　　　　　　　　　　　　　Executive Director
　　　　　　　　　　　　　　　　　　　　　　　　Cambridge Retirement System