## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

CAMBRIDGE RETIREMENT SYSTEM, on Behalf of Itself and all Others Similarly Situated,

                Plaintiff,

        v.

INVACARE CORPORATION, *et. al.*,

              Defendants.

Case No. 1:13-cv-1165-CAB

<u>CLASS ACTION</u>

**SUPPLEMENTAL EXHIBIT TO DECLARATION OF CAMBRIDGE RETIREMENT SYSTEM, EXHIBIT A TO RESPONSE <u>TO THE COURT'S AUGUST 28, 2013 ORDER TO SHOW CAUSE</u>**

# EXHIBIT A

Wire: Market Wire (MWR) Date: May 24 2013  17:30:00
Bernstein Litowitz Berger & Grossmann LLP Announces Securities Class Action Suit
Filed Against Invacare Corporation and Certain

**********************************************************************************
 BN 05/24 17:33 *INVACARE NAMED IN HOLDER SUIT, LAW FIRM SAYS          :IVC US
**********************************************************************************

Bernstein Litowitz Berger & Grossmann LLP Announces Securities Class Action
Suit Filed Against Invacare Corporation and Certain of Its
Senior Executives

NEW YORK, NY -- (Marketwired) -- 05/24/13 --  Bernstein Litowitz
Berger & Grossmann LLP ("BLB&G") today announced that it has filed a
securities class action lawsuit on behalf of its client Cambridge
Retirement System ("Cambridge") against Invacare Corporation
("Invacare" or the "Company") (NYSE: IVC) and certain of its senior
executives. The action, which is captioned Cambridge Retirement
System v. Invacare Corporation, et al., No. 1:13-cv-01165 (N.D.
Ohio), asserts claims under the Securities Exchange Act of 1934
("Exchange Act") on behalf of investors in Invacare common stock
during the period of July 22, 2010 through December 7, 2011 (the
"Class Period").

The Complaint alleges that during the Class Period, Invacare and
certain of its senior executives violated provisions of the Exchange
Act by issuing false and misleading press releases, financial
statements, filings with the Securities and Exchange Commission
("SEC"), and statements during investor conference calls. As alleged
in the Complaint, Invacare and certain of its senior executives
misled investors regarding Invacare's noncompliance with Food and
Drug Administration ("FDA") guidelines and Current Good Manufacturing
Practices ("CGMP"), and masked the fact that the Company suffered
from widespread operational, quality, and regulatory deficiencies.
Specifically, the Company concealed from investors that it received a
series of warnings from the FDA -- known as Forms 483 -- which
identified serious compliance violations at its two major United
States-based manufacturing facilities.

After repeatedly failing to remedy these violations, the Company
received a Warning Letter from the FDA, which the FDA released to the
public on January 4, 2011. The Warning Letter identified a litany of
CGMP violations and "recurring" consumer complaints concerning the
safety of Invacare's medical beds, including incidents of death
caused by entrapment and fire. In the Warning Letter, the FDA
reprimanded Invacare for failing to take preventative action,
document and evaluate serious complaints  and complete risk
assessments to ensure the safety of its products. Disclosure of the
Warning Letter caused Invacare stock to drop $1.38 per share, or 4.5
percent, to close at $29.29 per share.

Over the next several months, Defendants continued to downplay the
scope and significance of Invacare's compliance issues, despite its
receipt of two additional Forms 483 in August 2011, which were also
concealed from investors. On December 8, 2011, however, Invacare
shocked investors by issuing a press release announcing that the FDA
intended to enter a consent decree, which would require the
suspension of certain operations until the Company's manufacturing
facilities became compliant with FDA regulations. News of Invacare's
systemic quality and regulatory deficiencies, which could take many
months to remediate and impact Invacare's revenue and growth, caused
the Company stock to plummet $5.88 per share, or 28.6 percent, to
close at $14.70 per share, wiping out over $180 million in market
capitalization.

If you wish to serve as lead plaintiff for the Class, you must file a
motion with the Court no later than 60 days from today. Accordingly,
the deadline for filing a motion for appointment as lead plaintiff is
July 23, 2013. Any member of the proposed class may move the Court to
serve as lead plaintiff through counsel of their choice, or may
choose to do nothing and remain a member of the proposed class.

Cambridge Retirement System is represented by BLB&G, a firm of over
100 attorneys with offices in New York, California, Louisiana, and
Illinois. If you wish to discuss this Action or have any questions
concerning this notice or your rights or interests, please contact
Avi Josefson of BLB&G at 212-554-1493, or via e-mail at
avi@blbglaw.com.

Since its founding in 1983, BLB&G has built an international
reputation for excellence and integrity. Specializing in securities
fraud, corporate governance, shareholders' rights, employment
discrimination, and civil rights litigation, among other practice
areas, BLB&G prosecutes class and private actions on behalf of
institutional and individual clients worldwide. Unique among its
peers, BLB&G has obtained several of the largest and most significant
securities recoveries in history, recovering billions of dollars on
behalf of defrauded investors. More information about BLB&G can be
found online at www.blbglaw.com.


CONTACT:
Avi Josefson
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of Americas, 38th Floor
New York, NY 10019
(212) 554-1493

-0- May/24/2013 21:30 GMT

------------------------------======================-------------------------------
Copyright (c) 2013

############################ END OF STORY 1 ############################

Dated: September 5, 2013                    Respectfully submitted,

                                            */s/ Benjamin Galdston*
                                            _____
                                            BENJAMIN GALDSTON

                                            **BERNSTEIN LITOWITZ BERGER**
                                            **    & GROSSMANN LLP**
                                            Blair A. Nicholas (admitted *Pro Hac Vice*)
                                            Benjamin Galdston (admitted *Pro Hac Vice*)
                                            David R. Kaplan (admitted *Pro Hac Vice*)
                                            12481 High Bluff Drive, Suite 300
                                            San Diego, California 92130
                                            Telephone: (858) 793-0070
                                            Facsimile:  (858) 793-0323
                                             -and-
                                            Gerald H. Silk (admitted *Pro Hac Vice*)
                                            Avi Josefson (admitted *Pro Hac Vice*)
                                            1285 Avenue of the Americas
                                            New York, New York 10019
                                            Telephone: (212) 554 1400
                                            Facsimile:  (212) 554 1444

                                            *Counsel for Proposed Lead Plaintiff*
                                            *Government of Guam Retirement Fund and*
                                            *Proposed Lead Counsel for the Class*


                                            **CLIMACO, WILCOX, PECA,**
                                            **    TARANTINO & GAROFOLI CO., LPA**
                                            John R. Climaco (0011456)
                                            Scott D. Simpkins (0066775)
                                            55 Public Square, Suite 1950
                                            Cleveland, Ohio 44113
                                            Telephone: (216) 621-8484
                                            Facsimile: (216) 771-1632

                                            *Local  Counsel  for  Proposed  Lead  Plaintiff*
                                            *Government of Guam Retirement Fund*

2

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically this 5th day of September, 2013.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Benjamin Galdston
Benjamin Galdston