**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on Behalf of Itself and all Others Similarly Situated, | Case No. 1:13-cv-1165-CAB <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | |
| v. | |
| INVACARE CORPORATION, *et. al.*, | |
| Defendants. | |

**MOTION TO EXCUSE APPEARANCE OF PROPOSED LEAD PLAINTIFF**
**GOVERNMENT OF GUAM RETIREMENT FUND**
**<u>AT CASE MANAGEMENT CONFERENCE</u>**

Pursuant to Local Rule 16.3(b) and the Court's July 30, 2013 Case Management Order, proposed[1] Lead Plaintiff Government of Guam Retirement Fund ("Guam"), respectfully requests that it be excused from making a personal appearance at the Case Management Conference, currently set for October 7, 2013, at 2:00 p.m.  As grounds for this motion, Guam submits that it is a defined benefit pension plan based in Maite, Guam.  Guam will be represented at the Case Management Conference by its proposed Lead Counsel from Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), along with Guam's local counsel from Climaco, Wilcox, Peca, Tarantino & Garofoli Co., L.P.A. ("Climaco").  Guam's counsel at Bernstein Litowitz and Climaco are fully authorized to address the matters identified in Local Rule 16.3(b) and the Court's July 30, 2013 Case Management Order.

Dated:  September 25, 2013                              Respectfully submitted,

                                                       */s/ Blair A. Nicholas*
                                                       _____

                                                       **BERNSTEIN LITOWITZ BERGER**
                                                       **& GROSSMANN LLP**
                                                       Blair A. Nicholas (admitted *Pro Hac Vice*)
                                                       Benjamin Galdston (admitted *Pro Hac Vice*)
                                                       David R. Kaplan (admitted *Pro Hac Vice*)
                                                       12481 High Bluff Drive, Suite 300
                                                       San Diego, California 92130
                                                       Telephone: (858) 793-0070
                                                       Facsimile:  (858) 793-0323
                                                        -and-
                                                       Gerald H. Silk (admitted *Pro Hac Vice*)
                                                       Avi Josefson (admitted *Pro Hac Vice*)
                                                       1285 Avenue of the Americas
                                                       New York, New York 10019
                                                       Telephone: (212) 554 1400
                                                       Facsimile:  (212) 554 1444

---

[1] Guam's motion for appointment as Lead Plaintiff [ECF No. 8] is unopposed and *sub judice*.  As the movant with the largest financial interest in this litigation and that otherwise satisfies the requirements of Fed. R. Civ. P. 23, Guam is the presumptive Lead Plaintiff under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B).

*Counsel for Proposed Lead Plaintiff*
*Government of Guam Retirement Fund and*
*Proposed Lead Counsel for the Class*

**CLIMACO, WILCOX, PECA,**
  **TARANTINO & GAROFOLI CO.,**
  **L.P.A.**
John R. Climaco (0011456)
Scott D. Simpkins (0066775)
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632

*Local Counsel for Proposed Lead Plaintiff*
*Government of Guam Retirement Fund*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically this 25th day of September, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Blair A. Nicholas*