IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | CASE NO. 1:13-cv-1165 |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) ) | |
| | ) | **MOTION TO EXCUSE APPEARANCE** |
| v. | ) | **OF DEFENDANTS AT CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| INVACARE CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) | |

Pursuant to Local Rule 16.3(b) and the Court's July 30, 2013 Case Management Order, Defendants, Invacare Corporation, Gerald B. Blouch, A. Malachi Mixon, III, and Robert K. Gudbranson (collectively, "Defendants"), respectfully request an Order excusing their attendance at the Case Management Conference currently scheduled for October 7, 2013, at 2:00 p.m. (the "CMC"), and permitting participation by telephone.

This Motion is supported by good cause, as personal attendance would cause an undue hardship to Defendants in terms of inconvenience and absence from the office.  Defendants' lead trial counsel will personally attend the CMC to represent Defendants' interests, and is prepared to fully address all aspects of the case from Defendants' perspective.  In addition, should the Court grant this Motion, Defendants will be available by telephone. Counsel for Plaintiff has indicated that their client does not oppose this Motion.  Similarly, Defendants have no objection to proposed Lead Plaintiff Government of Guam Retirement Fund being excused from attendance at the CMC.

Therefore, because good cause exists for this motion, Defendants respectfully request that the Court issue an order excusing their attendance at the October 7, 2013 Case Management Conference.

Respectfully Submitted,

*/s/ Fritz E. Berckmueller*
MITCHELL G. BLAIR (Ohio #0010892)
FRITZ E. BERCKMUELLER (Ohio #0081530)
ERIC S. ZELL (Ohio #0084318)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone:  (216) 622-8200
Fax:  (216) 241-0816
*mblair@calfee.com*
*fberckmueller@calfee.com*
*ezell@calfee.com*

*Attorneys for Defendants, Invacare Corporation, Gerald B. Blouch, A. Malachi Mixon, III, and Robert K. Gudbranson*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on September 26, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Fritz E. Berckmueller*
One of the Attorneys for Defendants, Invacare Corporation, Gerald B. Blouch, A. Malachi Mixon, III, and Robert K. Gudbranson