# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GOVERNMENT OF GUAM RETIREMENT FUND, on behalf of itself and all others similarly situated, | ) ) ) ) ) | CASE NO. 1:13-cv-1165 JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) ) | **[PROPOSED] ORDER** |
| v. | ) ) | |
| INVACARE CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) | |

Having considered the *Motion to Modify Scheduling Order and for Leave to File Memorandum in Excess of Page Limitations Set Forth in Local Rule 7.1(f)*, filed by Defendants, Invacare Corporation, Gerald B. Blouch, and A. Malachi Mixon, III (collectively, "Defendants"), the Court hereby orders as follows:

1. The schedule for filing Defendants' response to Lead Plaintiff's Amended Complaint previously set by the Order of the Court dated October 7, 2013 is vacated.

2. Defendants shall answer, move or otherwise respond to Lead Plaintiff's Amended Complaint on or before December 23, 2013;

3. Lead Plaintiff shall file its opposition to any motion to dismiss the amended complaint on or before January 22, 2014;

4. Defendants shall file any reply brief to Lead Plaintiff's opposition on or before February 5, 2014; and

5. Defendants are granted leave to file a Memorandum in Support of their Motion to Dismiss that exceeds the page limit set forth in Local Rule 7.1(f) by approximately twenty (20) additional pages, for a total of forty (40) pages.

**IT IS SO ORDERED**

Dated: _____                    Honorable Christopher A. Boyko
                                              United States District Judge