UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INVACARE CORPORATION, GERALD B. BLOUCH, A. MALACHI MIXON, III, and ROBERT K. GUDBRANSON,<br><br>Defendants. | Case No. 1:13-cv-1165<br><br>Judge Christopher A. Boyko<br><br><br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF**<br>**LUCAS E. GILMORE** |

Pursuant to Local Rule 83.5(h), Plaintiff, the Government of Guam Retirement Fund ("Guam"), by and through counsel, hereby moves this Honorable Court to admit Lucas E. Gilmore *pro hac vice* to the United States District Court, Northern District of Ohio, for the purpose of prosecuting the above-captioned case. Mr. Gilmore's contact information is as follows:

Lucas E. Gilmore
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: 858-793-0070
Facsimile: 858-793-0323
Email: lucas.gilmore@blbglaw.com

Attached hereto and incorporated herein as if fully rewritten is the Verified Statement and Oath of Lucas E. Gilmore.

WHEREFORE, Lucas E. Gilmore is an attorney in good standing of good and sufficient experience to conduct himself with acumen in the United States District Court for the Northern

District of Ohio and Plaintiff, Guam, hereby moves for the admission of Lucas E. Gilmore *pro hac vice*.

Dated: September 30, 2014                     Respectfully submitted,

/s/ *Scott D. Simpkins*
Scott D. Simpkins (0066775)
John R. Climaco (0011456)
**CLIMACO, WILCOX, PECA,**
   **TARANTINO & GAROFOLI CO., LPA**
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632

*Local Counsel for Lead Plaintiff Government of Guam Retirement Fund*

**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
Blair A. Nicholas (admitted *Pro Hac Vice*)
Benjamin Galdston (admitted *Pro Hac Vice*)
David R. Kaplan (admitted *Pro Hac Vice*)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile:  (858) 793-0323

*Counsel for Lead Plaintiff Government of Guam Retirement Fund and the Class*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 30th day of September, 2014. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Scott D. Simpkins*
Scott D. Simpkins