UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GOVERNMENT OF GUAM RETIREMENT FUND, on Behalf of Itself and all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>INVACARE CORPORATION, *et. al.*,<br><br>                    Defendants. | Case No. 1:13-cv-1165-CAB<br><br>CLASS ACTION<br><br>Judge Christopher A. Boyko |

**MOTION TO EXCUSE APPEARANCE OF LEAD PLAINTIFF GOVERNMENT OF GUAM RETIREMENT FUND AT CASE MANAGEMENT CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 16(c), Local Rule 16.3(b), and the Court's August 29, 2014 Case Management Order, Lead Plaintiff Government of Guam Retirement Fund ("Guam"), respectfully requests that it be excused from making a personal appearance at the Case Management Conference, currently set for November 7, 2014, at 2:30 p.m.  As grounds for this motion, Guam submits that it is a defined benefit pension plan based in Maite, Guam.  Guam will be represented at the Case Management Conference by its Court-appointed Lead Counsel from Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), along with Guam's local counsel from Climaco, Wilcox, Peca, Tarantino & Garofoli Co., L.P.A. ("Climaco"). Guam's counsel at Bernstein Litowitz and Climaco are fully authorized to address all matters that can reasonably be anticipated for discussion at the Case Management Conference, including the matters identified in Federal Rules of Civil Procedure 16(c)(2), Local Rule 16.3(b), and the Court's August 29, 2014 Case Management Order.  Defendants have confirmed that they do not oppose this motion and that they will similarly move to have the Court excuse their attendance at the Case Management Conference, a request for which Guam would have no objection.

Dated:  October 20, 2014                                    Respectfully submitted,

*/s/ Benjamin Galdston*
BENJAMIN GALDSTON

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Blair A. Nicholas (admitted *Pro Hac Vice*)
Benjamin Galdston (admitted *Pro Hac Vice*)
David R. Kaplan (admitted *Pro Hac Vice*)
Lucas E. Gilmore (admitted *Pro Hac Vice*)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone:     (858) 793-0070
Facsimile:     (858) 793-0323

*Counsel for Lead Plaintiff Government of Guam Retirement Fund and Lead Counsel for the Class*

**CLIMACO, WILCOX, PECA,**

2

                                  **TARANTINO & GAROFOLI CO., L.P.A.**
John R. Climaco (0011456)
Scott D. Simpkins (0066775)
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632

*Local Counsel for Lead Plaintiff Government of Guam Retirement Fund*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically this 20th day of October, 2014. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Benjamin Galdston*