IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GOVERNMENT OF GUAM RETIREMENT FUND, on behalf of itself and all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) ) INVACARE CORPORATION, *et al.*, ) ) Defendants. ) ) | CASE NO. 1:13-cv-1165 JUDGE CHRISTOPHER A. BOYKO **MOTION TO EXCUSE APPEARANCE OF DEFENDANTS AT CASE MANAGEMENT CONFERENCE** |

Pursuant to Federal Rule of Civil Procedure 16(c), Local Rule 16.3(b), and the Court's August 29, 2014 Case Management Conference Scheduling Order, Defendants, Invacare Corporation, A. Malachi Mixon III, and Gerald B. Blouch (collectively, "Defendants") respectfully request an Order excusing their attendance at the Case Management Conference, currently scheduled for November 7, 2014, at 2:30 p.m.

This Motion is supported by good cause, as personal attendance would cause an undue hardship to Defendants in terms of inconvenience and absence from the office. Defendants' counsel will personally attend the Case Management Conference to represent Defendants' interests, and is prepared to fully address all aspects of the case from Defendants' perspective. Additionally, should the Court grant this Motion, Defendants will be available by telephone. Counsel for Plaintiff have stated that their client does not oppose this Motion. *See* Motion to Excuse Appearance of Lead Plaintiff Government of Guam Retirement Fund at Case Management Conference. Similarly, Defendants have no objection to Plaintiff being excused from attendance at the Case Management Conference.

Therefore, because good cause exists for this motion, Defendants respectfully request that the Court issue an order excusing their attendance at the November 7, 2014 Case Management Conference.

                                                                      */s/ Eric S. Zell*
MITCHELL G. BLAIR (0010892)
FRITZ E. BERCKMUELLER (0081530)
ERIC S. ZELL (0084318)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone: (216) 622-8200
Fax: (216) 241-0816
*mblair@calfee.com*
*fberckmueller@calfee.com*
*ezell@calfee.com*

*Attorneys for Defendants, Invacare Corporation, Gerald B. Blouch, and A. Malachi Mixon, III*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on October 28, 2014.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                              */s/ Eric S. Zell*
One of the Attorneys for Defendants, Invacare Corporation, Gerald B. Blouch, and A. Malachi Mixon.