UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | |
|---|---|
| GOVERNMENT OF GUAM RETIREMENT FUND, *et al.,*<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INVACARE CORPORATION, *et al*.,<br><br>　　　　Defendants. | Case No. 1:13CV1165<br><br>JUDGE CHRISTOPHER A. BOYKO |

**LEAD PLAINTIFF'S NOTICE OF MOTION TO COMPEL**
**INITIAL DISCLOSURES AND DISCOVERY FROM DEFENDANTS**

PLEASE TAKE NOTICE that the Lead Plaintiff the Government of Guam Retirement Fund ("Guam" or "Lead Plaintiff") respectfully moves this Court for entry of an Order pursuant to Rules 26(a) and 37(a) of the Federal Rules of Civil Procedure compelling Defendants: (1) to make initial disclosures within five days; (2) respond to Lead Plaintiff's written discovery served on October 14, 2014 on or before November 13, 2014; (3) and for such further relief as the Court may deem just and proper.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of David R. Kaplan filed herewith, the pleadings and other such filings herein, and such other written or oral argument as may be permitted by the Court.

Dated: October 31, 2014  Respectfully submitted,

 */s/ Benjamin Galdston*
BENJAMIN GALDSTON

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Blair A. Nicholas (admitted *Pro Hac Vice*)
Benjamin Galdston (admitted *Pro Hac Vice*)
David R. Kaplan (admitted *Pro Hac Vice*)
Lucas E. Gilmore (admitted *Pro Hac Vice*)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone:    (858) 793-0070
Facsimile:     (858) 793-0323

*Counsel for Lead Plaintiff Government of Guam Retirement Fund and Lead Counsel for the Class*

**CLIMACO, WILCOX, PECA, TARANTINO & GAROFOLI CO., L.P.A.**
John R. Climaco (0011456)
Scott D. Simpkins (0066775)
55 Public Square, Suite 1950

-1-

-2-

        Cleveland, Ohio 44113
        Telephone:   (216) 621-8484
        Facsimile:    (216) 771-1632

*Local Counsel for Lead Plaintiff Government of Guam Retirement Fund*