UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | |
|---|---|
| GOVERNMENT OF GUAM RETIREMENT FUND, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> INVACARE CORPORATION, *et al.*, <br><br> Defendants. | Case No. 1:13CV1165 <br><br> JUDGE CHRISTOPHER A. BOYKO |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL**
**INTIAL DISCLOSURES AND DISCOVERY FROM DEFENDANTS**

Before the Court is Lead Plaintiff's Motion to Compel Initial Disclosures And Discovery From Defendants.

Having considered the motion, supporting memorandum and declaration, opposition papers, and reply memorandum, it is hereby ORDERED that:

Lead Plaintiff's Motion to Compel is GRANTED. Defendants shall provide initial disclosures with five (5) days from the date of entry of this Order and responses to Lead Plaintiff's discovery on or before November 13, 2014.

IT IS SO ORDERED.

Dated: November \_\_\_, 2014  _____
HON. CHRISTOPHER A. BOYKO
DISTRICT COURT JUDGE