UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GOVERNMENT OF GUAM RETIREMENT FUND, etc., | ) ) | CASE NO. 1:13CV1165 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | ORDER |
| INVACARE CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J.**:

The Court has entered its Opinion and Order, denying Defendants' Motion for Judgment on the Pleadings or in the Alternative, Motion for Reconsideration. Thus, the Private Securities Litigation Reform Act ("PSLRA") discovery stay is lifted.

Upon consideration of the parties' proposed case management schedules, and upon review of Local Rule 23.1 and Appendix M, the Court orders the captioned matter to proceed with class certification discovery first.

Therefore, the parties shall submit a joint proposed schedule by 12:00 noon on Friday, December 12, 2014, incorporating what discovery, if any, is necessary in advance of submission of a class certification motion; dates for the class certification motion, opposition

and reply; a cut-off for fact discovery; and an expert discovery deadline.

The Court is open to conducting a settlement conference at any point in the litigation process; but only if all parties agree that the Court's intervention would be worthwhile.

**IT IS SO ORDERED.**

                                           **s/ Christopher A. Boyko**
                                           **CHRISTOPHER A. BOYKO**
                                           **United States District Judge**

**Dated: December 9, 2014**