# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| GOVERNMENT OF GUAM RETIREMENT FUND, et al., ) ) | CASE NO. 1:13CV1165 |
| Plaintiffs, ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. ) ) | ORDER |
| INVACARE CORPORATION, et al., ) ) | |
| Defendants. ) | |

**CHRISTOPHER A. BOYKO, J.**:

The Court is in receipt of the Parties' Joint Proposed Schedule for Class Certification (ECF DKT #64).  The Court adopts the suggested schedule, with the following changes and additions:

1. Amend pleadings or add parties by January 16, 2015.

2. Reply Brief in Support of Class Certification is due by April 27, 2015.

3. Completion of Fact Discovery re: Class Certification by May 22, 2015.

4. A Hearing on Class Certification and *Daubert* Motions is conditionally set for August 25, 2015 at 10:30 a.m.  The Court reserves the right to rule on the briefs.

**IT IS SO ORDERED.**

                                         s/ Christopher A. Boyko  
                                         **CHRISTOPHER A. BOYKO**  
                                         **United States District Judge**

**Dated:  December 15, 2014**