UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | |
|---|---|
| GOVERNMENT OF GUAM RETIREMENT FUND, *et al.,*<br><br>Plaintiff,<br><br>vs.<br><br>INVACARE CORPORATION, *et al*.,<br><br>Defendants. | Case No. 1:13CV1165<br><br>JUDGE CHRISTOPHER A. BOYKO |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

## **[PROPOSED] ORDER**

This matter is before the Court upon the Motion for Class Certification (the "Motion") brought by Court-appointed Lead Plaintiff Government of Guam Retirement Fund ("Guam" or "Lead Plaintiff"). Having considered this Motion and all other papers, as well as the pertinent portions of the record in this case, and for good cause appearing, Lead Plaintiff's Motion is GRANTED.

IT IS HEREBY ORDERED that pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), this action is certified as a class action, as follows:

> all persons or entities who purchased or otherwise acquired the publicly traded common stock of Invacare Corporation ("Invacare" or the "Company") between February 27, 2009 and December 7, 2011, inclusive (the "Class Period") and were damaged thereby (collectively, the "Class").

Excluded from the Class are: Defendants Invacare, Gerald B. Blouch and A. Malachi Mixon, III, and present or former executive officers of Invacare and their immediate family members.

IT IS FURTHER ORDERED that Government of Guam Retirement Fund is appointed Class Representative, and Bernstein Litowitz Berger & Grossmann LLP is appointed Class Counsel.

IT IS SO ORDERED.

DATED: _____, 2015

_____
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT COURT JUDGE

-2-

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed electronically this 30th day of January, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


*/s/ Benjamin Galdston*
Benjamin Galdston