UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | |
|---|---|
| GOVERNMENT OF GUAM RETIREMENT FUND, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>INVACARE CORPORATION, *et al*.,<br><br>Defendants. | Case No. 1:13CV1165<br><br>JUDGE CHRISTOPHER A. BOYKO |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

TO:     All Counsel of Record

PLEASE TAKE NOTICE that upon the accompanying Lead Plaintiff's Memorandum Of

Law In Support Of Motion For Preliminary Approval Of Class Action Settlement, and the

Stipulation And Agreement Of Settlement (with exhibits) filed simultaneously herewith, and all

prior proceedings in this action, through its undersigned counsel, Lead Plaintiff the Government

of Guam Retirement Fund ("Lead Plaintiff"), pursuant to Rule 23 of the Federal Rules of Civil

Procedure, now moves this Court before the Honorable Christopher A. Boyko at the United States

District Court, Northern District of Ohio, Eastern Division, Courtroom 15B of the Carl B. Stokes

United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, at a time and date

to be determined by the Court, for an order granting:

(1)     Preliminary approval of the proposed class action settlement which, if granted final
approval, would resolve this action in its entirety;

(2)     Approval of the form, content and manner of the class notices to Settlement Class Members;

(3)     Certification of the proposed Settlement Class; and

(4)     Scheduling of a hearing, and certain deadlines related thereto, on final approval of the Settlement, proposed Plan of Allocation and Lead Counsel's application for an award of attorneys' fees and reimbursement of litigation expenses.

The parties' agreed-upon form of proposed Preliminary Approval Order, with exhibits thereto, is attached as Exhibit A to this Notice of Motion.

Dated: June 2, 2015                                 Respectfully submitted,

                                                    */s/ Benjamin Galdston*
                                                    BENJAMIN GALDSTON

                                                    **BERNSTEIN LITOWITZ BERGER
                                                        & GROSSMANN LLP**
                                                    Blair A. Nicholas (admitted *Pro Hac Vice*)
                                                    Benjamin Galdston (admitted *Pro Hac Vice*)
                                                    Niki L. Mendoza
                                                    David R. Kaplan (admitted *Pro Hac Vice*)
                                                    12481 High Bluff Drive, Suite 300
                                                    San Diego, California 92130
                                                    Telephone:     (858) 793-0070
                                                    Facsimile:     (858) 793-0323

                                                    *Counsel for Lead Plaintiff Government of Guam
                                                    Retirement Fund and Lead Counsel for the Class*

                                                    **CLIMACO, WILCOX, PECA, TARANTINO
                                                        & GAROFOLI CO., L.P.A.**
                                                    John R. Climaco (0011456)
                                                    Scott D. Simpkins (0066775)
                                                    55 Public Square, Suite 1950
                                                    Cleveland, Ohio 44113
                                                    Telephone:     (216) 621-8484
                                                    Facsimile:     (216) 771-1632

                                                    *Local Counsel for Lead Plaintiff Government of
                                                    Guam Retirement Fund*