# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA • ILLINOIS

BENJAMIN GALDSTON
beng@blbglaw.com
(858) 720-3188

June 2, 2015

**VIA FEDEX AND ECF (W/O ATTACHMENTS)**

Hon. Christopher A. Boyko
United States District Judge
Carl B. Stokes United States Court House
801 West Superior Avenue
Courtroom 15B
Cleveland, OH 44113

      Re:    *Government of Guam Retirement Fund v. Invacare Corporation*
              Case No. 1:13CV1165 (CAB)

Dear Judge Boyko:

    We write on behalf of the Lead Plaintiff in the above-captioned class action. Previously we informed the Court that the parties had reached an agreement in principle to settle. We now write to inform the Court that the parties have executed a detailed settlement agreement, the Stipulation and Agreement of Settlement (the "Stipulation"). The Lead Plaintiff has filed the stipulation today, along with its motion for preliminary approval of the proposed settlement (the "Motion"), through the Court's ECF-filing system.

    Courtesy copies of the Motion, the Stipulation, and the parties' agreed-upon form of the [Proposed] Order Preliminarily Approving Settlement And Providing For Notice ("Preliminary Approval Order") are enclosed for the Court's convenience. In connection with the Motion, the Lead Plaintiff proposes a schedule for providing notice to the Settlement Class of the proposed settlement and a hearing of September 24, 2015, to consider final approval of the proposed settlement.

    We respectfully submit that the proposed Preliminary Approval Order may be entered without a hearing because the Motion is well supported and unopposed. However, should the Court prefer to hold a hearing, we will make ourselves available at Your Honor's convenience.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Hon. Christopher A. Boyko
June 2, 2015
Page 2

_____

We thank the Court for its attention to this matter.

Respectfully submitted,

Benjamin Galdston

cc: All Counsel of Record (via ECF)
Encl. (3)