UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GOVERNMENT OF GUAM RETIREMENT FUND, et al., | ) ) | CASE NO. 1:13CV1165 |
| Plaintiffs, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | ORDER |
| INVACARE CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J.**:

The Motion (ECF DKT ##71-73) of Lead Plaintiff, Government of Guam Retirement Fund, for Preliminary Approval of Class Action Settlement is set for hearing on Thursday, July 23, 2015 at 2:30 p.m. in Courtroom 15-B of the United States Courthouse for the Northern District of Ohio.  At that time, the Court, in its fiduciary role on behalf of the Class, will address the following:

1. Fed.R.Civ.P. 23 factors and requirements;

2. Whether the Proposed Settlement is fair, reasonable and adequate;

3. Adequacy of Notice; Notice Plan; and Claims Administrator;

4. Adequacy and experience of Class Counsel;

5. Whether Lead Plaintiff will receive a service award/incentive payment;

6. CAFA compliance; and

7. If attorney fees, expenses and costs are paid from the Settlement Fund, then whether it is reasonable and appropriate to diminish the Class recovery.

**IT IS SO ORDERED.**

**DATE: 6/23/2015**

   S/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**