UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GOVERNMENT OF GUAM RETIREMENT FUND, et al., | ) ) | CASE NO. 1:13CV1165 |
| Plaintiffs, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | <u>ORDER</u> |
| INVACARE CORPORATION, et al., | ) ) | |
| Defendants. | ) | |

**<u>CHRISTOPHER A. BOYKO, J.</u>**:

This matter came before the Court upon a hearing on Lead Plaintiff's Motion (ECF DKT #71) for Preliminary Approval of Class Action Settlement. On the record, the Court preliminarily approved the proposed Class Action Settlement; approved the form, content and manner of the Class Notices to Settlement Class Members (with amendments); certified the proposed Settlement Class; and scheduled the Final Approval Hearing for November 19, 2015 at 2:00 p.m.

In furtherance of these proceedings, the Parties shall submit, within seven (7) days, a Proposed Order Preliminarily Approving Proposed Settlement and Providing for Notice, which incorporates the discussions in Chambers and the findings on the record in open court.

Upon due consideration, and after advising counsel, the Court denies as moot Lead Plaintiff's Motion for Class Certification (ECF DKT #66), subject to re-filing if this Class Action Settlement is not accomplished.

**IT IS SO ORDERED.**

                                                s/ Christopher A. Boyko
                                                **CHRISTOPHER A. BOYKO**
                                                **United States District Judge**

**Dated: July 23, 2015**