# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GOVERNMENT OF GUAM RETIREMENT FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INVACARE CORPORATION et al., <br><br> Defendants. | Case No. 1:13-cv-1165 <br><br> Judge Christopher A. Boyko <br><br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE of the appearance of Niki L. Mendoza of the law firm Bernstein Litowitz Berger & Grossmann LLP, 12481 High Bluff Drive, Suite 300, San Diego, CA 92130, as counsel of record for Lead Plaintiff Government of Guam Retirement Fund in this matter. All future pleadings, correspondence, and notices should be directed to this attorney, among others within the same firm, via the Court's electronic case filing system.

Dated: October 6, 2015					Respectfully submitted,

						**BERNSTEIN LITOWITZ BERGER**
						    **& GROSSMANN LLP**

						*/s/ Niki L. Mendoza*
						NIKI L. MENDOZA

						Blair A. Nicholas (admitted *Pro Hac Vice*)
						Benjamin Galdston (admitted *Pro Hac Vice*)
						Niki L. Mendoza (admitted *Pro Hac Vice*)
						David R. Kaplan (admitted *Pro Hac Vice*)

-1-

12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile:  (858) 793-0323

*Counsel for Lead Plaintiff Government of Guam Retirement Fund and the Settlement Class*
Scott D. Simpkins (0066775)
John R. Climaco (0011456)
**CLIMACO, WILCOX, PECA, TARANTINO &
   & GAROFOLI CO., LPA**
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632

*Local Counsel for Lead Plaintiff Government of Guam Retirement Fund*

-3-

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 6th day of October, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Niki L. Mendoza*
Niki L. Mendoza