# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA • ILLINOIS

BENJAMIN GALDSTON
beng@blbglaw.com
(858) 720-3188

November 12, 2015

**VIA ECF (W/O ATTACHMENTS) AND HAND DELIVERY**

Honorable Christopher A. Boyko
United States District Judge
Carl B. Stokes United States Court House
801 West Superior Avenue
Courtroom 15B
Cleveland, OH 44113

      Re:    *Government of Guam Retirement Fund v. Invacare Corporation*
                Case No. 1:13CV1165 (CAB)

Dear Judge Boyko:

      We write on behalf of the Lead Plaintiff in the above-captioned class action. Earlier today we filed Lead Plaintiff's Notice Of Non-Opposition And Reply In Further Support Of: (I) Lead Plaintiff's Motion For Approval Of Class Action Settlement And Plan Of Allocation; And (II) Plaintiffs' Counsel's Motion For An Award Of Attorneys' Fees And Reimbursement Of Litigation Expenses.

      Copies of the documents are enclosed, along with copies of the following proposed orders:

1. The parties' agreed-upon form of [Proposed] Judgment Approving Class Action Settlement;

2. [Proposed] Order Approving Plan Of Allocation; and

3. [Proposed] Order Granting Plaintiffs' Counsel's Motion For Attorneys' Fees And Reimbursement Of Litigation Expenses.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Hon. Christopher A. Boyko
November 12, 2015
Page 2

---

   We thank the Court for its attention to this matter, and we look forward to appearing before Your Honor at the November 19, 2015 hearing.

                Respectfully submitted,

                Benjamin Galdston

cc:  All Counsel of Record (via ECF)
Enclosures