**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

MINUTES OF PROCEEDINGS
CIVIL HEARING

Government of Guam Retirement Fund, et al.,       DATE: November 19, 2015

          Plaintiff(s),       CASE NO.: 1:13CV1165

          v.       COURT REPORTER: Heidi Geizer

Invacare Corporation, et al.,

                 JUDGE CHRISTOPHER A. BOYO

          Defendant(s).

( ) Jury impanelment.     ( ) Opening statements of counsel.

( ) Plaintiff's case ( ) begun ( ) continued & ( ) not concluded ( ) concluded.

( ) Defendant's case ( ) begun ( ) continued & ( ) not concluded ( ) concluded.

( ) Testimony taken.  (See Witness List.)

( ) Rebuttal of plaintiff.   ( ) Surrebuttal of defendant.

( ) Final arguments.    ( ) Charge to Jury.

( ) Jury deliberations ( ) begun ( ) continued & ( ) not concluded ( ) concluded.

Adjourned until _____ at _____.

  Hearing re: Motion for Final Approval of Class Action Settlement (dkt # 84) held._____

  Orders to issue._____

_____

_____

_____

_____

(  ) Exhibits located in file .
(  ) Exhibits returned to counsel.

          s/ Christine M. Huth_____
          Courtroom Deputy Clerk

TIME: 45 min.